*F. Burns*, and *Jacob M. Lashly* for petitioners in No. 736. Messrs. *William B. Cockley, Godfrey Goldmark,* and *Henry N. Ess* for respondents. Reported below: 24 F. Supp. 729.

No. 634. Lucchi et al. *v.* United States; and

No. 655. United States *v.* International Fur Workers Union et al. March 27, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph A. Padway* for petitioners in No. 634. *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Mr. M. S. Huberman* for the United States. *Mr. Joseph G. M. Browne* for respondents in No. 655. Reported below: 100 F. 2d 541.

No. 649. Union Joint Stock Land Bank *v.* Byers, et al. March 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. A. G. Masters* for petitioner. *Mr. Dean D. Sturgis* for respondents.

No. 653. Coos (or Kowes) Bay, Lower Umpqua (Kalawatset), and Sinslaw Indian Tribes *v.* United States. March 27, 1939. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Daniel B. Henderson* and *T. Hardy Todd* for petitioners. *Solicitor General Jackson, Assistant Attorney General McFarland,* and *Mr. C. W. Leaphart* for the United States.

No. 659. Hamilton National Bank *v.* United States. March 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. C. W. K. Meacham* for petitioner. *Solicitor*

654

*General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Lee A. Jackson* for the United States.

No. 663. JACOBS *v.* MERCHANTS FIRE ASSURANCE CORP. March 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. A. C. Wheeler* for petitioner. *Mr. Grover Middlebrooks* for respondent.

No. 677. LOWRY *v.* WOODRING, SECRETARY OF WAR. March 27, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Philip W. Lowry, pro se. Solicitor General Jackson, Assistant Attorney General Whitaker,* and *Mr. Paul A. Sweeney* for respondent.

No. 681. THRASH LEASE TRUST *v.* COMMISSIONER OF INTERNAL REVENUE. March 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Thomas R. Dempsey, A. Calder Mackay,* and *Herbert R. MacMillan* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, L. W. Post,* and *Charles A. Horsky* for respondent.

No. 683. KENT, RECEIVER, *v.* CLEVELAND NATIONAL BANK. March 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. George P. Barse, Estes Kefauver,* and *Phil B. Whitaker* for petitioner. *Mr. Frank Spurlock* for respondent.